CALVIN BLACK, Respondent, v WALLACE CHURCH ASSOCIATES et al., Appellants, et al., Defendant. [46 NYS3d 891]—

Order, Supreme Court, New York County (Richard F. Braun, J.), entered January 29, 2016, which, insofar as appealed from, denied the cross motion of defendants Wallace Church Associates, Robert Wallace and Stanley Church (collectively defendants) for summary judgment dismissing the complaint and all cross claims as against them, unanimously reversed, on the

law, without costs, and the cross motion granted. The Clerk is directed to enter judgment dismissing the complaint in its entirety.

Dismissal of the complaint as against defendants is warranted in this action where plaintiff janitor alleges that he was injured when he slipped on pebbles on the bathroom floor of the building he was hired to clean. It is well established that a maintenance or cleaning worker has no claim at law for injury suffered from a dangerous condition that he was hired to remedy (*see Jackson v Board of Educ. of City of N.Y.*, 30 AD3d 57, 63 [1st Dept 2006]; *see also Imtanios v Goldman Sachs*, 44 AD3d 383, 385 [1st Dept 2007], *lv dismissed* 9 NY3d 1028 [2008]), and here, plaintiff stated that as part of his job cleaning the bathroom, he frequently removed the pebbles from the floor. Concur—Sweeny, J.P., Andrias, Manzanet-Daniels, Gische and Webber, JJ.